USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

 Law Center of Amy E. Davis, LLC

Amy E. Davis
214-838-3501
adavis@cdfirm.com









January 31, 2022

*Via ECF*
Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 2260
New York, NY 10007

    RE:    *Adams et al. v. Deva Concepts, LLC,* 1:20-cv-09717-GHW

            *Bates et al v. Dev A Concepts, LLC,* 1:20-cv-09056-GHW

Dear Judge Woods**:**

    Plaintiffs in the above-referenced matters write to request an extension of the upcoming deadlines for filing Plaintiffs' amended complaints and the filing schedule for Deva Concepts' responsive pleadings and any response or reply briefing. Deva Concepts consents to this request.

    The Court ordered the following schedule on January 24, 2022 at the request of the parties:

    **February 2, 2022:** Plaintiffs' deadline to file amended complaints.
    **February 23, 2022:** Deva Concepts' deadline to file responsive pleadings.
    **March 23, 2022:** Plaintiffs' deadline to oppose a motion to dismiss, if filed.
    **April 6, 2022:** Deva Concepts' deadline to file a reply brief in further support of a motion to dismiss, if filed.

    The parties proposed these dates on January 19, 2022. Since then, lawyers representing plaintiffs and/or key members of their staff have been ill with Covid. These illnesses have significantly impacted Plaintiffs' ability to meet the current deadlines.

Consequently, Plaintiffs, with the consent of Deva Concepts, request the Court briefly extend these deadlines as follows:

**February 16, 2022:** Plaintiffs' deadline to file amended complaints.
**March 23, 2022:** Deva Concepts' deadline to file responsive pleadings.
**April 20, 2022:** Plaintiffs' deadline to oppose a motion to dismiss, if filed.
**May 4, 2022:** Deva Concepts' deadline to file a reply brief in further support of a motion to dismiss, if filed.

Accordingly, the parties respectfully request that the Court revise the current deadlines to follow the above-proposed schedule.

Respectfully submitted,

*s/ Amy E. Davis*
Amy E. Davis
Counsel for Plaintiffs in *Adams*

*s/ Randi R. Geffner*
Randi R. Geffner
Counsel for Plaintiffs in *Bates*

*s/ Keith E. Smith*
Keith E. Smith
Counsel for Deva Concepts, LLC

cc: All Counsel of Record

Plaintiffs' request for an extension is granted.  The Court adopts the proposed deadlines set forth above.

SO ORDERED.

Dated: January 31, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge