```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
ALEXA BATES, et al.,                                             :
                                                                 :
                                     Plaintiffs,                 :     1:20-cv-09056-GHW
                                                                 :
            -against-                                            :     1:20-cv-09717-GHW
                                                                 :
DEVA CONCEPTS, LLC,                                              :
                                                                 :          ORDER
                                     Defendant.                  :
-----------------------------------------------------------------:
                                                                 X
                                                                 :
CRYSTAL ADAMS, et al.,                                           :
                                     Plaintiffs,                 :
            -against-                                            :
                                                                 :
DEVA CONCEPTS, LLC,                                              :
                                                                 :
                                     Defendant.                  :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/30/2023

GREGORY H. WOODS, District Judge:

*Bates* Plaintiffs' request to adjourn the conference scheduled for March 31, 2023 is granted. The conference scheduled for March 31, 2023 is adjourned to April 7, 2023 at 10:00 a.m. The Court will rule on the pending motions to dismiss, Dkt. Nos. 55 and 64, at the conference orally. Defendant's motions to dismiss will be granted in part and denied in part.

The Clerk of Court is respectfully directed to terminate the motions pending at Dkt. Nos. 55 and 71 in *Bates et al v. Dev A Concepts, LLC* and Dkt. No. 64 in *Adams et al. v. Deva Concepts, LLC.*

SO ORDERED.

Dated: March 30, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge