

Keith E Smith
Tel 215.988.7843
Fax 215.988.7801
smithkei@gtlaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023

October 2, 2023

**VIA ECF**

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Court House
500 Pearl Street, Room 2260
New York, NY 100007

**MEMORANDUM ENDORSED**

Re: *Adams, et al. v. Deva Concepts, LLC*, Case No. 1:20-cv-09717-GHW
*Bates, et al. v. Deva Concepts, LLC*, Case No. 1:20-cv-09056-GHW

Dear Judge Woods,

We represent Defendant Deva Concepts LLC in the above-referenced matters, and we are submitting this letter in response to the Court's Order issued today, October 2, 2023, setting a telephonic conference for Thursday, October 5, 2023, at 3:00 p.m. ECF No. 106 (*Bates*) and 115 (*Adams*).

We respectfully request that the Court issue a short adjournment of the conference, as counsel for Defendant are unable to attend at the scheduled time. I am lead counsel for Defendant in these actions, and I will be traveling on Thursday, October 5th, as my siblings and I are taking our parents on vacation. The other attorneys working on this matter have conflicts on that date well.

Counsel for Plaintiffs in *Bates* and *Adams* consent to this request. The parties have conferred about available dates, and they respectfully inform the Court that counsel are unavailable on October 6th, October 12th, and the afternoon of October 13th.

We appreciate the Court's consideration of this request.

Respectfully submitted,
*s/ Keith E. Smith*
Keith E. Smith

cc: All Plaintiffs' Counsel of Record (via ECF)

---

The teleconference scheduled for October 5, 2023 is adjourned to October 11, 2023 at 1:00 p.m.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 116.

SO ORDERED.

Dated: October 3, 2023
New York, New York

GREGORY H. WOODS
United States District Judge

**Greenberg Traurig, LLP | Attorneys at Law**
*1717 Arch Street | Suite 400 | Philadelphia, Pennsylvania 19103 | T +1 215.988.7800 | F +1 215.988.7801* ACTIVE 690626889v1   www.gtlaw.com