```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
                                                                  :
CRYSTAL ADAMS, et al.,                                            :
                                              Plaintiffs,         :
                - against -                                       :           ORDER
                                                                  :
DEVA CONCEPTS, LLC,                                               :
                                              Defendant.          :           1:20-cv-9717-GHW
                                                                  :
----------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/17/2024

GREGORY H. WOODS, United States District Judge:

On April 16, 2024, counsel for the *Adams* Plaintiffs filed a motion to approve an infant compromise, Dkt. No. 141, along with an accompanying sealing request, Dkt. No. 142. The motion states that "the Parties have consented to the disposition of this motion by Magistrate Judge James L. Cott," and that "[a] signed consent has been filed simultaneously with this Motion." Dkt. No. 141 at 1. The signed consent does not appear to have been filed with the motion. If the parties wish for this motion to be disposed of by Judge Cott, the parties should file their consent accordingly.

SO ORDERED.

Dated: April 17, 2024
       New York, New York

_____
GREGORY H. WOODS
United States District Judge