```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/17/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
                                                               :
CRYSTAL ADAMS, *et al.*,                                       :
                                              Plaintiffs,      :
                   - against -                                 :    ORDER
                                                               :
DEVA CONCEPTS, LLC,                                            :
                                              Defendant.       :    1:20-cv-9717-GHW
                                                               :
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

   The parties are directed to file a joint letter updating the Court on the status of this case.

The joint letter is due no later than June 24, 2024.

   SO ORDERED.

Dated: June 17, 2024
       New York, New York                    _____
                                                    GREGORY H. WOODS
                                                 United States District Judge